HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

MICHELLE BEARDSHEAR,

    Plaintiff,

vs.

VANCOUVER HOTEL PARTNERS,
LLC., a Washington limited liability company, and
WBM ENTERPRISES,LLC, a Washington
Limited liability company,  d/b/a Quality Inn and
Conference Center,

    Defendants.
_____/

CASE NO: 3:06-cv-5231-RBL

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND THE FIRST AMENDED COMPLAINT

THIS CAUSE is before the Court upon Plaintiff's Unopposed Motion for Leave to Amend the First Amended Complaint and Amend the Style of the Case, and the Court having noted the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

Plaintiff's Motion to Amend the First Amended Complaint is GRANTED. Plaintiff shall file the Second Amended Complaint upon receipt of this Order. Defendants shall file a response to the Amended Complaint within 20 days from the date

of this Order, or from the date of service, as applicable. In addition, the style of this case shall be amended to reflect the proper party Defendants as styled in the Second Amended Complaint.

**DATED** this 2nd day of July, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE