HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHELLE BEARDSHEAR,<br><br>Plaintiff,<br><br>v.<br><br>VANCOUVER HOTEL PARTNERS, LLC.,<br>a Washington limited liability company, and<br>WBM ENTERPRISES, LLC, a Washington<br>Limited liability company, d/b/a Quality Inn<br>and Conference Center,<br><br>Defendants. | Case No. C06-5231RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Unopposed Motion for Amended Scheduling Order [Dkt. #33].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiff has been given leave to amend her complaint to name as defendant the current owner of the hotel whose facilities she alleges violates the American With Disabilities Act. She seeks an order resetting trial and related dates because she has yet to serve the new defendant. The Court will grant the motion insofar as it requests that the current October 22, 2007 trial date be stricken. The motion is denied in all other aspects. The Clerk shall issue a new Order Requiring a Joint Status Report and once that new Joint Status Report has been filed, the Court shall issue a new Scheduling Order.

**IT IS SO ORDERED.**

ORDER
Page - 1

1    The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
2 pro se.

3    Dated this 2nd day of July, 2007.

```
                                        RONALD B. LEIGHTON
                                        UNITED STATES DISTRICT JUDGE
```