HON. RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MICHELLE BEARDSHEAR,<br><br>                  Plaintiff,<br><br>v.<br><br>RAKESH H. PATEL and ANITA R. PATEL,<br><br>                  Defendants. | NO. 3:06-cv-5231 RBL<br><br>**ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD** |

THIS CAUSE is before the Court upon Defendants' Unopposed Motion for Extension of Time to File Answer or Otherwise Plead, and the Court having noted the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

Defendants' Motion for Extension of Time to File Answer or Otherwise Plead is **GRANTED**. Defendants shall file their Answer or otherwise plead on or before October 4, 2007.

IT IS SO ORDERED this 18th day of September, 2007.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE ANSWER OR OTHERWISE PLEAD - 1
Case No. 06-5231 RBL

08555331.DOC



EISENHOWER & CARLSON, PLLC
Washington Mutual Tower
1201 Third Avenue, Suite 1650
Seattle, WA 98101
Tel: 206.382.1830
Fax: 206.382.1920

Presented By:

EISENHOWER & CARLSON, PLLC


By: _____
   John R. Ruhl, WSBA # 8558
   Attorneys for Defendants

   1201 Third Avenue, Suite 1650
   Seattle, Washington 98101
   Telephone: (206) 382-1830
   Facsimile: (253) 382-1920
   Email: jruhl@eisenhowerlaw.com


Richard H. Streeter
DC Bar #946053
Teresa L. Jakubowski
Carolyn D. Gray
Barnes & Thornburg, LLP
750 17th Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 289-1313
Facsimile: (202) 289-1330

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE ANSWER OR OTHERWISE PLEAD - 2
Case No. 06-5231 RBL

08555331.DOC

