HON. RONALD B. LEIGHTON

06-CV-05231-ORD

FILED _____ LODGED
_____ RECEIVED

NOV - 5 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHELLE BEARDSHEAR

                    Plaintiff,

v.

RAKESH B. PATEL and ANITA R. PATEL,

                    Defendants.

NO. 3:06-cv-5231 RBL

**JOINT MOTION TO VACATE DEADLINE FOR INITIAL DISCLOSURES**

COME NOW Plaintiff, Michelle Beardshear, and Defendants, Rakesh H. Patel and Anita R. Patel, by and through undersigned counsel, and file this Joint Motion to Vacate Deadline for Initial Disclosures and in support thereof state as follows:

1.     The above-captioned proceeding was filed by the plaintiff on April 26, 2006. The original complaint named Choice Hotels International Inc., a Washington corporation, as the defendant.

2.     Subsequently, on August 22, 2006, plaintiff filed an amended complaint naming Vancouver Hotel Partners, LLC, a Washington limited liability company, and WBM Enterprises, LLC, a Washington limited liability company, d/b/a Quality Inn and Conference Center, as defendants.

JOINT MOTION TO VACATE DEADLINE FOR
INITIAL DISCLOSURES - 1
08556274.DOC
13572.1

**EISENHOWER**
EISENHOWER & CARLSON, PLLC
Washington Mutual Tower
1201 Third Avenue, Suite 1650
Seattle, WA 98101
Tel: 206.382.1830
Fax: 206.382.1920

3. On June 28, 2007, Plaintiff's Unopposed Motion for Leave to Amend the First Amended Complaint was filed. By Order dated July 2, 2007, the Court entered its Order granting plaintiff leave to file the Second Amended Complaint.

4. On August 13, 2007, prior to Defendants being served with the summons and Second Amended Complaint in this case, the Court ordered that the Joint Status Report be filed by November 13, 2007, and that initial disclosures be completed by November 5, 2007.

5. Defendants filed their Answer to the Second Amended Complaint on October 4, 2007.

6. Counsel for Plaintiff and Defendants have conferred and the parties are mutually desirous of pursuing a settlement in this matter.

7. Plaintiff's expert previously inspected the subject hotel on or around February 26, 2007. So that the parties may focus their efforts and resources on the settlement process and avoid unnecessarily incurring additional legal fees and costs and/or burdening the Court with formal proceedings, the parties have agreed that postponing other discovery, including initial disclosures, would be beneficial to the settlement negotiations.

8. The parties' forthcoming Joint Status Report will set forth a proposed schedule for completion of initial disclosures and other discovery that will afford the parties' a meaningful opportunity to first resolve this matter before engaging in formal litigation.

Accordingly, the parties respectfully request that the Court vacate the November 5, 2007, deadline for initial disclosures pending the parties' submission of the forthcoming Joint Status Report.

JOINT MOTION TO VACATE DEADLINE FOR
INITIAL DISCLOSURES - 2
08556274.DOC
13572.1

EISENHOWER
EISENHOWER & CARLSON, PLLC
Washington Mutual Tower
1201 Third Avenue, Suite 1650
Seattle, WA 98101
Tel: 206.382.1830
Fax: 206.382.1920

RESPECTFULLY SUBMITTED this 2nd day of November, 2007.

| SCHWARTZ ZWEBEN & SLINGBAUM, LLP | EISENHOWER & CARLSON, PLLC |
|---|---|
| By: /s/ Stephan M. Nitz<br>Stephan M. Nitz<br>Florida Bar No.: 45561<br>Attorneys for Plaintiff<br>3876 Sheridan Street<br>Hollywood, Florida 33021<br>Telephone: (954) 966-2483<br>Facsimile: (954) 966-2566<br>Email: snitz@szalaw.com | By: /s/ John R. Ruhl<br>John R. Ruhl, WSBA #8558<br>Attorney Defendants<br>1201 Third Ave., Suite 1650<br>Seattle, Washington 98101<br>Telephone: (206) 382-1830<br>Facsimile: (253) 382-1920<br>Email: jruhl@eisenhowerlaw.com |
| Catherine Chaney<br>Washington Bar No.: 21405<br>Law Office of Catherine Chaney, Inc.<br>119 First Avenue South, Ste 500<br>Seattle, Washington 98104<br>Telephone: (206) 343-7642<br>Facsimile: (206) 621-1256<br>Email: cchaney@msn.com | Carolyn Doppelt Gray<br>BARNES & THORNBURG LLP<br>750 17TH Street, N.W., Suite 900<br>Washington, D.C. 20006-4607<br>Telephone: (202) 289-1313<br>Facsimile: (202) 289-1330<br>Email: carolyn.gray@btlaw.cp, |

IT IS SO ORDERED THIS 5th DAY OF November, 2007

_____
**UNITED STATES DISTRICT COURT JUDGE**

JOINT MOTION TO VACATE DEADLINE FOR
INITIAL DISCLOSURES - 3
08556274.DOC
13572.1

EISENHOWER
EISENHOWER & CARLSON, PLLC
Washington Mutual Tower
1201 Third Avenue, Suite 1650
Seattle, WA 98101
Tel: 206.382.1830
Fax: 206.382.1920